IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DENNIS ARNO JAMIESON | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv499 |
| WARDEN, FCI BEAUMONT LOW | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Dennis Arno Jamieson, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this Court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending petitioner's motion to proceed *in forma pauperis* be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is  **ADOPTED**.  The motion to proceed *in forma pauperis* (doc. no. 2) is **DENIED**.  Petitioner shall pay the $5 filing fee within 30 days of the date set forth below.

**SIGNED** this the 2  day of **August, 2021.**

_____
Thad Heartfield
United States District Judge